**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00494-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JERMAINE D. SPENCER,

    Defendant.

---

**ORDER GRANTING PETITION TO DISCLOSE MATTERS
OCCURRING BEFORE GRAND JURY TO THE PROBATION DEPARTMENT**

---

This matter is before the Court on Plaintiff's Petition to Disclose Matters Occurring Before Grand Jury to the Probation Department (Doc. # 22). Having reviewed the petition and being otherwise advised in the premises, the Court GRANTS the petition. It is hereby

ORDERED that testimony of witnesses in this matter before the grand jury and exhibits presented in this matter to the grand jury may be disclosed to United States Probation Officer Doug Randolf and his staff to assist the Probation Department in its presentence investigation in this case. It is further

ORDERED that such materials shall be used by the probation department only in investigating this case; that such materials shall be disclosed only to the Probation Department; that if copies are made, the probation officer shall maintain custody of such

copies, and shall not reproduce or disseminate them; and that any material provided

pursuant to this Order shall be returned to the Plaintiff at the completion of the case.

DATED: March __3__, 2009

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge