**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00494-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERMAINE SPENCER,

    Defendant.

---

## ORDER TO RESET SENTENCING HEARING

---

This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Sentencing hearing currently set for April 13, 2009 in Courtroom A602 of the Arraj Courthouse is RESET to **April 27, 2009 at 9:45 a.m.**

    DATED: March  11 , 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge